IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BAKER MAYFIELD, EMILY MAYFIELD, and TEAM BRM, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CAMWOOD CAPITAL MANAGEMENT GROUP, LLC, TEXAS CONTRACT MANUFACTURING GROUP, INC., UNITECH TOOL & MACHINE, INC., APEX MACHINING, INC., and LOR-VAN MANUFACTURING, INC.,<br><br>Defendants. | Civil No. 1:24-cv-01455-DAE |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

Plaintiffs, through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants, with each party to bear his, her, or its own costs, expenses, and fees (including attorneys' fees).

                                      Respectfully submitted,

                                      BAKER MAYFIELD, EMILY MAYFIELD, and TEAM BRM, LLC

                                      By:  /s/ Arianna G. Goodman
                                                       Arianna G. Goodman

Arianna G. Goodman, TX Bar No. 24109938
Vedder Price P.C.
300 Crescent Court, Suite 400
Dallas, Texas 75201
T: +1 (469) 895 4800
F: +1 (469) 895 4802
agoodman@vedderprice.com

Jonathon P. Reinisch, IL Bar No. 6317528
Vedder Price P.C.
222 N. LaSalle St.
Chicago, Illinois 60601
T: +1 (312) 609 7500
F: +1 (312) 609 5005
jreinisch@vedderprice.com

Attorneys for Baker Mayfield, Emily Mayfield, and Team BRM, LLC

Dated: March 10, 2025