IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BAKER MAYFIELD, EMILY MAYFIELD, AND TEAM BRM, LLC, <br> *Plaintiffs*, <br><br> vs. <br><br> CAMWOOD CAPITAL MANAGEMENT GROUP, LLC, TEXAS CONTRACT MANUFACTURING GROUP, INC., UNITECH TOOL & MACHINE, INC., APEX MACHINING, INC., AND LOR-VAN MANUFACTURING, INC., <br> *Defendants*. | § § § § § § § § § § § § § § § § § | Civil No. 1:24-cv-01455-DAE |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND CLOSING CASE**

The Court has before it the Notice of Voluntary Dismissal filed by Plaintiffs Baker Mayfield, Emily Mayfield, and Team BRM, LLC.  (Dkt. # 11.) The Court is of the opinion that such Voluntary Dismissal is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all claims and causes of action in the above-captioned lawsuit are **DISMISSED** in their entirety **WITHOUT** prejudice, and that each party will bear their own costs, expenses, and legal fees in this case.

1

The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

**IT IS SO ORDERED.**

**SIGNED:** Austin, Texas, March 11, 2025.

_____
HON. DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE